UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR1612-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE** |
| JOHNTELL MARTY STEWARD (2), | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed with prejudice as to Defendant JOHNTELL MARTY STEWARD only.

IT IS SO ORDERED.

Dated:  March 1, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge